GEORGE WILSON et al., trading as United Tin Trading Company, respondents,

*v.*

MARION E. SANDALL, appellant.

[Decided February 28th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, and reported *ante p. 130.*

*Mr. Norman Grey,* for the respondents.

*Mr. Lewis Fisher,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—15.

*For reversal*—None.